IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
OCT 0 9 2002
JUDGE AMY ST. EVE
United States District Court

| | | |
|---|---|---|
| Debra Taylor, | ) | |
| | ) | |
| | ) | Case No. 98 C 05921 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DOCKETED** |
| Unifund Corporation, | ) | OCT 1 1 2002 |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The Plaintiff, Debra Taylor, by and through her counsel, and the Defendant, Unifund Corporation, by and through its counsel, hereby stipulated and agreed as follows:

1. The parties have settled this matter and desire that the case be dismissed with prejudice;

2. The parties further agree and stipulate that this Court reserve jurisdiction to enforce the settlement agreement should any party not comply with the terms therein within sixty days from the date of this stipulation.

DEBRA TAYLOR

By _____
One of her attorneys

UNIFUND CORPORATION

By _____
One of its attorneys

The Langone Law Firm
25 E. Washington St., Suite 1805
Chicago, IL 60602
(312) 782-2000

Statman Harris Siegel & Eyrich LLC
333 W.Wacker Dr., Suite 1710
Chicago, IL 60606
(312) 263-1070

